United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-14019-amc
Daniel Bruce Altieri                                            Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: BarbaraS          Page 1 of 1          Date Rcvd: Aug 13, 2019
                              Form ID: 152            Total Noticed: 15
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
db             +Daniel Bruce Altieri,   6353 Sullivan Trail,   Wind Gap, PA 18091-9501
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14346890       +Carrington Mortgage Services LLC,   1600 South Douglass Road,   Suites 110 & 200 - A,
                Anaheim, CA 92806-5951
14346891       +David Wagner,   Tiffany Thomas,   815 Cattell St,   Easton, PA 18042-1524
14352640       +Deutsche Bank National Trust Company,   C/O KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,
                701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14346893       +Margaret Altieri,   6353 Sullivan Trail,   Wind Gap, PA 18091-9501
14346894        Rebecca A. Solarz, Esquire,   Suite 5000, BNY Mellon Ind Center,   701 Market St,
                Easton, PA 18042
14369756       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,   PO Box 130000,   Raleigh NC 27605-1000
14346895       +Wells Fargo Dealer Services,   PO Box 1697,   Winterville, NC 28590-1697
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2019 03:14:58
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2019 03:15:22     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                            TOTAL: 2
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14346892     ##+HCNP 2 LLC,   817 Broadway - 5th Floor,   New York, NY 10003-4709
                                                                      TOTALS: 0, * 0, ## 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
         CHARLES LAPUTKA    on behalf of Debtor Daniel Bruce Altieri claputka@laputkalaw.com,
          jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
         KEVIN G. MCDONALD    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
          Trustee for New Century Home Equity Loan Trust 2004-3 bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
          ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                      TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Daniel Bruce Altieri

    Debtor(s)                                         Case No: 19–14019–amc

                                                         Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Ashely M. Chan

, United States Bankruptcy Court 10/3/19 at 10:00 AM , in Courtroom 1, Third Floor, The
Madison, 400 Washington Street, Reading, PA 19601

                                                   For The Court

                                                   Timothy B. McGrath
                                                   Clerk of Court