# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel Bruce Altieri<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-3, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　vs.<br>Daniel Bruce Altieri<br>　　　　　　　　　Debtor(s)<br>Scott Waterman<br>　　　　　　　　　Trustee | NO. 19-14019 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-3, which was filed with the Court on or about **September 30, 2019, docket number 14**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

December 10, 2019