UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel Bruce Altieri | Case No: 19-14019-AMC |
| Debtors | CHAPTER 13 |

CERTIFICATE OF NO RESPONSE AND
REQUEST FOR ENTRY OF ORDER

I, Charles Laputka, Esquire, counsel for the Debtor, hereby certify the following:

1. The Application for Compensation and Reimbursement of Expenses was timely served on all interested parties as is shown on the certificate of service previously filed with the Application.

2. The deadline for response to the Motion was January 7, 2020.

3. No objections, responses, or requests for hearing on the Application have been received, and as of January 8, 2020. a check of the electronic entries docketed in this case confirms that no objections, responses, or requests for hearing on the Application have been filed.

WHEREFORE, Movant seeks the entry of the proposed order filed with the motion, granting the requested relief.

Dated: January 8, 2020

/s/ *Charles Laputka, Esquire*
CHARLES LAPUTKA, Esquire
PA I.D. No. 91984
1344 West Hamilton Street
Allentown, PA 18102
Phone: (610) 477-0155
Facsimile: (484)350-3581