# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel Bruce Altieri | Case No: 19-14019-AMC |
| Debtors | CHAPTER 13 |

## ORDER

UPON CONSIDERATION of the Application for Allowance of Compensation Pursuant to § 331 of the United States Bankruptcy Code ("Application")

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $5,300.00, of which $2,690 was received pre-petition.

**Date: January 13, 2020**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE