United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel Bruce Altieri  
    Debtor

Case No. 19-14019-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Stacey     Page 1 of 1     Date Rcvd: Jan 13, 2020  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2020.  
db           +Daniel Bruce Altieri,    6353 Sullivan Trail,    Wind Gap, PA 18091-9501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2020 at the address(es) listed below:  
        CHARLES LAPUTKA    on behalf of Debtor Daniel Bruce Altieri claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-3 bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-3 bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                          TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Daniel Bruce Altieri** | **Case No: 19-14019-AMC** |
| **Debtors** | **CHAPTER 13** |

**ORDER**

UPON CONSIDERATION of the Application for Allowance of Compensation Pursuant to § 331 of the United States Bankruptcy Code ("Application")

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $5,300.00, of which $2,690 was received pre-petition.

**Date: January 13, 2020**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE