| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-14019-PMM**

DANIEL BRUCE ALTIERI　　　　　　　　　　　　　　　Petition Filed Date: 06/25/2019
6353 SULLIVAN TRAIL　　　　　　　　　　　　　　　　341 Hearing Date: 08/13/2019
WIND GAP  PA    18091　　　　　　　　　　　　　　　Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/29/2019 | $1,570.00 | Monthly Plan P | 08/27/2019 | $1,570.00 | Monthly Plan P | 09/27/2019 | $1,570.00 | Monthly Plan P |
| 10/31/2019 | $1,570.00 |  | 12/31/2019 | $1,790.00 |  | 01/30/2020 | $1,790.00 |  |
| 03/02/2020 | $1,790.00 |  | 04/01/2020 | $1,790.00 |  | 05/01/2020 | $1,790.00 |  |
| 06/01/2020 | $1,790.00 |  | 06/29/2020 | $1,790.00 |  | 07/29/2020 | $1,790.00 |  |

**Total Receipts for the Period: $20,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,610.00 | $2,610.00 | $0.00 |
| 1 | WELLS FARGO DEALER SERVICES<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC<br>»»  002 | Mortgage Arrears | $91,445.63 | $14,409.22 | $77,036.41 |

**Chapter 13 Case No. 19-14019-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,600.00 | Current Monthly Payment: | $1,790.00 |
| Paid to Claims: | $17,019.22 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,969.78 | Total Plan Base: | $104,730.00 |
| Funds on Hand: | $1,611.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.