Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-14019-PMM**

DANIEL BRUCE ALTIERI  
6353 SULLIVAN TRAIL  
WIND GAP  PA    18091

Petition Filed Date: 06/25/2019  
341 Hearing Date: 08/13/2019  
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2020 | $1,790.00 | | 03/02/2020 | $1,790.00 | | 04/01/2020 | $1,790.00 | |
| 05/01/2020 | $1,790.00 | | 06/01/2020 | $1,790.00 | | 06/29/2020 | $1,790.00 | |
| 07/29/2020 | $1,790.00 | | 08/31/2020 | $1,790.00 | | 09/30/2020 | $1,790.00 | |
| 11/02/2020 | $1,790.00 | | 12/04/2020 | $1,790.00 | | 01/08/2021 | $1,790.00 | |
| 02/02/2021 | $1,790.00 | | 03/02/2021 | $1,790.00 | | 03/29/2021 | $1,790.00 | |
| 04/27/2021 | $1,790.00 | | 06/01/2021 | $1,790.00 | | | | |

**Total Receipts for the Period: $30,430.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $38,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,610.00 | $2,610.00 | $0.00 |
| 1 | WELLS FARGO DEALER SERVICES<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 002 | Mortgage Arrears | $91,445.63 | $30,895.12 | $60,550.51 |

Chapter 13 Case No. 19-14019-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,500.00 | Current Monthly Payment: | $1,790.00 |
| Paid to Claims: | $33,505.12 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,383.88 | Total Plan Base: | $104,730.00 |
| Funds on Hand: | $1,611.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.