| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-14019-PMM

DANIEL BRUCE ALTIERI  
6353 SULLIVAN TRAIL  
WIND GAP  PA    18091

Petition Filed Date: 06/25/2019  
341 Hearing Date: 08/13/2019  
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2021 | $1,790.00 | | 06/01/2021 | $1,790.00 | | 06/28/2021 | $1,790.00 | |
| 07/30/2021 | $1,790.00 | | 08/30/2021 | $1,790.00 | | 09/30/2021 | $1,790.00 | |
| 11/01/2021 | $1,790.00 | | 12/06/2021 | $1,790.00 | | 01/03/2022 | $1,790.00 | |
| 02/07/2022 | $1,790.00 | | 03/09/2022 | $1,790.00 | | 04/04/2022 | $1,790.00 | |
| 05/02/2022 | $1,790.00 | | 06/07/2022 | $1,790.00 | | 07/12/2022 | $1,790.00 | |
| 08/01/2022 | $1,790.00 | | | | | | | |

**Total Receipts for the Period: $28,640.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $63,560.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,610.00 | $2,610.00 | $0.00 |
| 1 | WELLS FARGO DEALER SERVICES<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 002 | Mortgage Arrears | $91,445.63 | $53,771.32 | $37,674.31 |

Chapter 13 Case No. 19-14019-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $63,560.00 | Current Monthly Payment: | $1,790.00 |
| Paid to Claims: | $56,381.32 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,531.88 | Total Plan Base: | $104,730.00 |
| Funds on Hand: | $1,646.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.