Certificate Number: 03088-PAE-DE-037491524

Bankruptcy Case Number: 19-14019



03088-PAE-DE-037491524

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2023, at 10:17 o'clock AM CDT, Daniel B Altieri completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    June 7, 2023          By:    /s/Doug Tonne

Name:    Doug Tonne

Title:    Counselor