| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-14019-PMM

DANIEL BRUCE ALTIERI  
6353 SULLIVAN TRAIL  
WIND GAP  PA     18091

Petition Filed Date: 06/25/2019  
341 Hearing Date: 08/13/2019  
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $1,790.00 | | 09/01/2022 | $1,790.00 | | 10/03/2022 | $1,790.00 | |
| 10/27/2022 | $1,790.00 | | 11/29/2022 | $1,790.00 | | 01/05/2023 | $1,790.00 | |
| 02/07/2023 | $1,790.00 | | 03/06/2023 | $1,790.00 | | 03/30/2023 | $1,790.00 | |
| 04/28/2023 | $1,790.00 | | 05/30/2023 | $1,790.00 | | 06/29/2023 | $1,790.00 | |
| 08/01/2023 | $1,790.00 | | | | | | | |

**Total Receipts for the Period:  $23,270.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $85,040.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,610.00 | $2,610.00 | $0.00 |
| 1 | WELLS FARGO DEALER SERVICES »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC »» 002 | Mortgage Arrears | $91,445.63 | $73,479.22 | $17,966.41 |

Chapter 13 Case No. 19-14019-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $85,040.00 | Current Monthly Payment: | $1,790.00 |
| Paid to Claims: | $76,089.22 | Arrearages: | $0.00 |
| Paid to Trustee: | $7,321.88 | Total Plan Base: | $104,730.00 |
| Funds on Hand: | $1,628.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.