IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel Bruce Altieri <br> _Debtor(s)_ | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-3 <br> _Movant_ <br> vs. | NO. 19-14019 PMM |
| Daniel Bruce Altieri <br> _Debtor(s)_ | 11 U.S.C. Section 362 |
| Scott Waterman <br> _Trustee_ | |

**ORDER**

AND NOW, this **5th** day of **March**, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_

Hon. Patricia M. Mayer
United States Bankruptcy Judge